UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ASHLEY MITCHELL, ET AL | CIVIL ACTION NO. 13-cv-3078 |
| VERSUS | JUDGE HICKS |
| NATIONAL CASUALTY CO., ET AL | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is dismissed without prejudice for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the  20th  day of  November , 2014.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE